PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATHANIEL A. SPEELMAN, | ) | |
| | ) | CASE NO.  1:17CV1915 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| WARDEN LASHANN EPPINGER, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| Respondent. | ) | **ORDER** |

*Pro se* Petitioner Nathaniel A. Speelman filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1), alleging two (2) grounds for relief which challenge the constitutional effectiveness of his trial counsel in Ashland County, Ohio Court of Common Pleas, Case No. 15-CRI-014.  A jury convicted Petitioner of pandering sexually oriented material involving a minor.  The trial court sentenced Petitioner to serve a prison term of two years. Petitioner completed his term of incarceration and was released from Grafton Correctional Institution on October 22, 2017.  He is currently under five years of post-release control.

The case was referred to Magistrate Judge William H. Baughman, Jr. for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(2).  On March 29, 2019, the magistrate judge issued a Report and Recommendation.  ECF No. 9.  In his report, the magistrate judge recommends that the Court deny the habeas petition because Petitioner's trial counsel was not ineffective, and Grounds One and Two accordingly fail on the merits. *Id.*

(1:17CV1915)

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. Objections to the Report were due on May 3, 2019.[1] Neither party has timely filed any such objections. The Court must assume that the parties are satisfied with the magistrate judge's recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services,* 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. Nathaniel A. Speelman's Petition for a Writ of Habeas Corpus is dismissed. ECF No. 1. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).


        IT IS SO ORDERED.


    May 31, 2019                            /s/ Benita Y. Pearson
Date                                    Benita Y. Pearson
                                        United States District Judge

---

[1] Petitioner was served a copy of the Report by mail on April 16, 2019. Under Fed. R. Civ. P. 6(d), three days must be added to the fourteen-day time period. *See Thompson v. Chandler*, 36 F. App'x 783, 784 (6th Cir. 2002).